**Electronically Filed**
**Supreme Court**
**SCPR-23-0000123**
**29-MAR-2023**
**09:45 AM**
**Dkt. 10 OGP**

SCPR-23-0000123

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE COURTNEY MICHELLE BRITT DUNCAN, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition to resign and surrender license to practice law in the State of Hawai'i, filed by attorney Courtney Michelle Britt Duncan, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the declarations submitted in support thereof, we conclude that Petitioner Duncan has fully complied with the requirements of RSCH Rule 1.10.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Duncan, attorney number 11556, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, March 29, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins